UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | No: EP:22-CR-00229(1)-KC |
| (1) John Michael Connelly | § | |

## **ORDER**

On this day, the Court sua sponte considered a Motion for Continuance on April 10, 2023 in the above-captioned cause. The motion was made because of the pending Order of Commitment at Federal Medical Center (FMC), Lexington, Kentucky. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed for preparation of the defense in this case, and that the time from April 10, 2023 through August 30, 2023, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. **§** 3161.

Accordingly, it is hereby ORDERED that the Motion For Continuance is GRANTED. This cause is rescheduled for a status conference on August 30, 2023 at 10:30 AM.

**SIGNED**: April 10, 2023.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE