# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § CRIMINAL NO. EP-22-CR-00229-KC-1 |
| JOHN MICHAEL CONNELLY, | § |
| Defendant. | § |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Indictment, without prejudice, against Defendant **John Michael Connelly**.

DATED: October 7, 2024

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *Patricia Aguayo*
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on the October 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

James O. Darnell, Sr.
Attorney for Defendant

                                                 *Patricia Aguayo*
                                           PATRICIA AGUAYO
                                           Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | CRIMINAL NO. EP-22-CR-00229-KC-1 |
| v. § | |
| § | |
| JOHN MICHAEL CONNELLY, § | |
| § | |
| Defendant. § | |
| § | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on March 02, 2022, regarding Defendant, **John Michael Connelly** be dismissed, without prejudice.

SIGNED this _____ day of _____, 20___.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE