**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CAUSE NO. EP:22-CR-229(1)-KC** |
| § | |
| **(1) JOHN MICHAEL CONNELLY** § | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment, ECF No. 141, in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Indictment filed on March 2, 2022, regarding Defendant John Michael Connelly be dismissed, without prejudice.

**SO ORDERED.**

**SIGNED** this 8th day of October, 2024.

_____
**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**